

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-13-2004

# Syed v. Hercules Inc

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-1780

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Syed v. Hercules Inc" (2004). *2004 Decisions.* Paper 1096.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/1096

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 02-1780

SAJID L. SYED,

Appellant

v.

HERCULES INC., Plan Administrator and Fiduciary
of Income Protection Plan;
HERCULES INC., a Delaware corporation;
HERCULES INCORPORATED INCOME PROTECTION PLAN,
an employee welfare benefit plan

On Appeal from the United States District Court
for the District of Delaware
(D.C. Civ. No. 01-cv-00713)
Honorable Joseph J. Farnan, Jr., Chief Judge

Submitted under Third Circuit LAR 34.1(a)
January 12, 2004

BEFORE: BARRY, SMITH, and GREENBERG, Circuit Judges

(Filed January 13, 2004)

OPINION OF THE COURT

GREENBERG, Circuit Judge.

This matter comes on before this court on Sajid L. Syed's appeal from orders

entered in the district court dated February 4, 2002, April 9, 2002, and April 10, 2002, as a result of Syed's ERISA claims. The case has a long history which the district court summarized in its February 4, 2002 opinion. In view of this history there have been numerous prior opinions in this case in both the district court and this court. See, e.g., Syed v. Hercules Inc., 214 F.3d 155 (3d Cir. 2000). These latest proceedings arise out of an action Syed filed on October 25, 2001. In the circumstances we will not set forth the background of the case as the parties are familiar with it. The order of the district court dated February 4, 2002, granted appellees' motion to dismiss; that of April 9, 2002, denied Syed's motion to amend his complaint; and that of April 10, 2002, denied his motion for reconsideration.

We have jurisdiction on this appeal under 28 U.S.C. § 1291. We exercise plenary review over the orders denying the motion to dismiss and reconsideration, see John Hancock Mut. Life Ins. Co. v. Olick, 151 F.3d 132, 134 (3d Cir. 1998), and review the denial of the motion to amend for an abuse of discretion. See Garvin v. City of Philadelphia, No. 03-1573, 2003 WL 23097078, at *3, __ F.3d __ (3d Cir. Dec. 31, 2003).

After a careful review of this matter we agree with the district court that this case "borders on frivolous." Indeed, we think that the court was generous to Syed when it denied the appellees' motion for sanctions.

The orders of February 4, 2002, April 9, 2002, and April 10, 2002, will be

2

affirmed.

_____

TO THE CLERK:

Please file the foregoing not precedential opinion.

_____            /s/ Morton I. Greenberg
                                             Circuit Judge

3